SCANNED

U.S. DISTRICT COURT
DISTRICT OF MAINE

IN THE UNITED STATES DISTRICT COURT   2006 AUG 16  A 8:31
DISTRICT OF MAINE

JAMES C. MARCELLO, and
OLIVIA A. MARCELLO

   Plaintiffs

vs.                                                         CA NO. 06-68-B-W

STATE OF MAINE, et al

   Defendants

## MOTION TO COLLECT THE COSTS OF SERVICE

Now come Plaintiffs, Mr. James C. and Olivia A. Marcello and, pursuant to Rule 4(d)(5) of the Federal Rules of Civil Procedure, hereby motions to the Court to issue an order against Defendant--Farrell,Rosenblatt,Russell, Defendant--Judge William Anderson, and Defendant--Travis Gould,CEO, to pay over to said Plaintiffs the costs incurred by said Plaintiffs for service of process, resulting from the failure of said named Defendants to comply with a request to waive service of a summons.

Said failure of Defendants to comply with a request to waive service of a summons and complaint resulting in fees and costs is set forth in the affidavit and Exhibits 1-13 enclosed.

Therefore, Plaintiffs respectfully request that the Motion to Collect the Cost of Service be granted; that the court may issue an order against Defendants to pay the resulting fees and cost; and that the plaintiffs may have any and all other relief as to the circumstance and justice may require.

Respectively Submitted,

PLAINTIFFS * In Pro se

*James Marcello*

Mr. James & Olivia Marcello
152 Cross Rd
Stetson, ME 04488

Scanned by: [signature]
Folder Location: Wed
File Name: 06cv68 cost
Names of Attachments, if any: 06cv68 aff
06cv68 exh 1-13

### CERTIFICATION

I, the undersigned, hereby certify that I have mailed a copy of the above by regular mail, postage prepaid on AUGUST 12, 2006, to: Jon A. Haddow,Esq, 61 Main St, Bangor, ME 04402, and Ronald W. Lupton,Esq,AAG, 6 State House Station, Augusta, ME 04333-0006.

*James Marcello*