SCANNED

U S DISTRICT COURT
DISTRICT OF MAINE

2006 AUG 16 A 8:31

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JAMES C. MARCELLO, and
OLIVIA A. MARCELLO

    Plaintiffs

vs.

                              CA NO. 06-68-B-W

STATE OF MAINE, et al

    Defendants

## AFFIDAVIT OF
## JAMES C. MARCELLO AND OLIVIA A. MARCELLO

HAVING FIRST BEEN DULY SWORN, James C. Marcello and Olivia A. Marcello, the undersigned affiants, does hereby depose and say as follows:

1. We, James C. Marcello and Olivia A. Marcello, are Pro se Litigants, and we represent Plaintiffs in the above captioned action.

2. Plaintiffs submits this Affidavit in accordance with Rule 4(d)(5) of the Federal Rules of Civil Procedure, for failure of Defendant-Farrell, Rosenblatt, Russell, Defendant-William Anderson, and Defendant-Travis Gould, CEO, to comply with a request to waive service of summons.

3. Our customary hourly rate for work such as work done in this matter is $100.00 per hour.

4. From June 6, 2006 through August 9, 2006, We have spent __5.48__ hours on the case alone on effecting service on the said Defendants, named in (par.2).

5. We have spent a total of __5.48__ hours on this case alone effecting service on the said above named Defendants (par.2), resulting in attorney's fees totaling $__548.00__.

6. The said Plaintiffs Marcello costs subsequently incurred in effecting service under subdivision (e), (f), or (h), of Rule 4(d)(5) is $__177.57__.

7. Defendamts--Farrell, Rosenblatt, Russell;--Travis Gould, CEO;--J. William Anderson; compounded as follows:

| Ref | Date | Fee Amount | Hours | Item/Cost | See Exib | Bal.Due |
|---|---|---|---|---|---|---|
| 5  | 06-06-2006 | 150.00 | 1.50 | Waiv-5.00 | 1 | $155.00 |
| 10 | 07-07-2006 | 50.00  | .50  | Sum/Compl<br>M.O.60.00<br>post-2.00<br>(Df-Ande) | 2<br>2p4 | $050.00<br>$060.00<br>$002.00 |
| 11 | 07-07-2006 | 100.00 | 1.00 | Sum/Compl<br>M.O.80.00<br>post-2.00<br>(Df-Farr)<br>(Df-Goul) | 3<br>3p6 | $100.00<br>$080.00<br>$002.00 |
| 12 | 07-07-2006 | 33.00  | .33  | Not/Court<br>(No waiv) | 4 | $033.00 |
| 13 | 07-11-2006 |        |      | Cost-Far<br>(25.38) | 5 | -$014.62 |
| 14 | 07-13-2006 | 33.00  | .33  | Sum/Court<br>(Farrell) | 6 | $033.00 |
| 15 | 07-11-2006 |        |      | Cost-And<br>($24.69) | 7 | -$035.31 |
| 16 | 07-17-2006 | 33.00  | .33  | Sum/Court<br>(Anderso)<br>wrong-ser | 8<br><br>8p3 | $033.00 |
| 17 | 07-18-2006 | 50.00  | .50  | Sum/Comp<br>M.O.60.00<br>2nd-attp<br>(Anderso) | 9<br>9p4 | $050.00<br>$060.00 |
| 18 | 07-18-2006 | 33.00  | .33  | Not/Court<br>(re-ser-And) | 10 | $033.00 |
| 23 | 07-31-2006 |        |      | Cost-Gould<br>(add-18.50) | 11 | |
| 24 | 08-01-2006 | 33.00  | .33  | Sum/Court<br>(Gould) | 12 | $033.00 |
| 26 | 08-01-2006 | 33.00  | ,33  | Bal.Owed<br>Ser-Gould | 13 | $033.00<br>$018.50 |
| TOTAL | | $548.00 | 5.48 | + $227.50 - $49.93 = $725.57 | | |

8. The Plaintiffs resulting attorney fees of $548.00 and costs subsequently incurred in effecting service under subdivision (e), (f), or (h) of Rule 4(d)(5) of $177.57 total $725.57.

**FURTHER AFFIANTS SAYTH NOT.**

Witness his/her hand under the penalties of perjury this 11th day of Aug, 2006.

*James Marcello*
AFFIANT--JAMES C. MARCELLO

*Olivia Ann Marcello*
AFFIANT--OLIVIA A. MARCELLO

PLAINTIFFS * In Pro se
152 Cross Rd
Stetson, ME 04488

### NOTARY'S STATEMENT

State of Maine       )
                     )SS.
County of Penobscot)

On this day personally appeared James C. Marcello and Olivia A. Marcello, who, having first been sworn, acknowledged the foregoing before me.

*Dennell K. Ham*
NOTARY PUBLIC

DENNELL K HAM
NOTARY PUBLIC, MAINE
MY COMMISSION EXPIRES NOVEMBER 18 2010

### CERTIFICATION

I, the undersigned, hereby certify that I have mailed a copy of the above Affidavit with Exhibits 1-13 by regular mail, postage prepaid on AUGUST 12, 2006, to: Jon A. Haddow, Esq, 61 Main St, Bangor, ME 04402, and Ronald W. Lupton, Esq, AAG, 6 State House Station, Augusta, ME 04333-0006.

*James Marcello*